RUN DATE:20-MAY-2004 PAYMENT HISTORY Inquiry G



FOR: 2000Z00320 / 001

COURT NUMBER: 01-493 DSD/SRN
DEBTOR: Norris, Nathaniel T.
COLLECTION TYPE: WA
CURRENT BALANCE: $4,717.79

| SEQ | CODE | DATE RCVD | FORM | RCVD BY | RECEIVED FROM | DEPOSIT NBR | CHECK NBR | PAYMENT AMOUNT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0009 | PMNT | 21-MAR-2003 | OT | B | arechigo | | KEYD-03-80 | $60.00 | 31-MAR-2003 |
| 0010 | PMNT | 29-JUL-2003 | DD | B | N. NORRIS | | 03/210 #48 | $5.00 | 05-AUG-2003 |
| 0016 | PMNT | 29-DEC-2003 | GR | G | Affinity Plus | MN /04/066 | 1383117 | $87.35 | 02-JAN-2004 |
| 0017 | PMNT | 31-DEC-2003 | GR | G | MN COUNCIL OF CHURCH | MN /04/082 | 28630 | $392.02 | 27-JAN-2004 |
| 0018 | PMNT | 07-APR-2004 | GR | G | MN Council of Church | MN /04/133 | 29019 | $392.02 | 07-APR-2004 |

TOTAL DOLLAR AMOUNT OF PAYMENTS: $936.39