IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 01-493 DSD/SRN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHANIEL T. NORRIS,<br><br>Defendant,(s). | **APPLICATION FOR ORDER FOR DEBTOR EXAMINATION** |

This matter comes before the Court on the application of the United States for an Order for Debtor Examination. The United States appears by and through Thomas B. Heffelfinger, United States Attorney, and Mary Trippler, Assistant United States Attorney.

1. Jurisdiction of this Court is invoked pursuant to the Rules 26, 30(a)(b), and 69(a), Fed. R. Civ. P., 28 U.S.C. §636(a)(2) and 28 U.S.C. §3015.

2. Judgment for the United States was entered on September 18, 2001, against the defendant judgment debtor, in the sum of $5,124.68. The judgment debtor resides within the jurisdiction of this Court with a last known address of 5240 Penn Avenue North, Minneapolis, MN 55430.

3. The judgment has not been satisfied, vacated or reversed, and there is now due and owing the sum of $4,792.86 plus interest and costs.

4. Defendant was ordered to appear at a judgment debtor examination on May 16, 2002, but failed to appear.

5. Defendant later complied with the requirements of the judgment debtor examination, and a bench warrant, issued upon the failure to appear, was discharged on February 11, 2003.

6. Interrogatories were served on the defendant on June 24, 2004, and defendant has not responded.

7. The United States of America has been unsuccessful in its attempts to have the debtor voluntarily provide updated financial information in aid of collection of the judgment.

WHEREFORE, the United States petitions this Court for an Order requiring the judgment debtor to appear before the Honorable J. Earl Cudd, United States Magistrate Judge, Courtroom 8 East, U.S. Courthouse, 300 S. Fourth Street, Minneapolis, Minnesota on November 16, 2004, at 9:00 a.m., with a copy of the judgment debtor's last Federal Tax Return, a current pay stub, all documents evidencing ownership of personal or real property having a value in excess of $100, and all records and documents listed in Attachment A. In the alternative, the judgment debtor may appear before the United States Magistrate Judge at the time and place directed above with a fully completed, signed and dated Financial Statement Form OBD-500, attached hereto.

THOMAS B. HEFFELFINGER
United States Attorney

s/ M. Trippler

Dated: October 22, 2004.

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney ID No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 644-5600
Attorneys for Plaintiff