A0 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
FEB 18 2005
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **01-CV-493 (DSD/SRN)**

Nathaniel T. Norris, a/k/a Nathaniel Togba Norris 0541-0204-0592-F

US MARSHAL
JAN 3 10 30 AM '05

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Nathaniel T. Norris
a/k/a Nathaniel Togba Norris
5240 Penn Avenue North
Minneapolis, MN 55430

and bring him or her forthwith to the nearest Magistrate Judge for failure to appear for debtors examination.

Ordered by: J. Earl Cudd, United States District Court Magistrate Judge.

s/Jenny Beck

December 29, 2004 at Duluth, MN

(By) Jenny Beck, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer ______________________ Signature of Arresting Officer ______________________

DATE 2-8-05
RETURNED UNEXECUTED Order Dismissing
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. Lahuute

SCANNED
FEB 18 2005
U.S. DISTRICT COURT MPLS

DC Modified 02/20/04